1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  MATTHEW M. SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   PHILIP LEWIS
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      ) NO. MAG-13-079-AC
11                                 )
                   Plaintiff,      )
12                                 ) **STIPULATION AND [PROPOSED] ORDER;**
         v.                        )    **CONTINUING STATUS CONFERENCE**
13                                 )        **AND EXCLUDING TIME**
   PHILIP LEWIS,                   )
14                                 ) Date:  April 29, 2013
                   Defendant.      ) Time:  2:00 p.m.
15 _____ ) Judge: Hon. Carolyn Delaney

16
         IT IS HEREBY STIPULATED by and between the parties hereto through
17
   their respective counsel, TODD LERAS, Assistant United States Attorney,
18
   attorney for Plaintiff, and MATTHEW SCOBLE, attorney for PHILIP LEWIS,
19
   that the status conference hearing date of April 12, 2013 be vacated,
20
   and the matter be set for status conference on April 29, 2013 at 2:00
21
   p.m.
22
         The reason for this continuance is to allow defense counsel
23
   additional time to review discovery with the defendant, to examine
24
   possible defenses and to continue investigating the facts of the case.
25
         Based upon the foregoing, the parties agree that the time under
26
   the Speedy Trial Act should be excluded from the date of signing of
27
   this order through and including April 29, 2013 pursuant to 18 U.S.C.
28

1  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

2  T4 based upon continuity of counsel and defense preparation.

3

   DATED:   April 8, 2013.                    Respectfully submitted,

4

                                              JOSEPH SCHLESINGER
5                                             Acting Federal Public Defender

6

7                                             /s/ Matthew Scoble
                                              MATTHEW SCOBLE
8                                             Designated Counsel for Service
                                              Attorney for PHILIP LEWIS
9

10 DATED:   April 8, 2013.                    BENJAMIN WAGNER
                                              United States Attorney
11

12
                                              /s/ Matthew Scoble for
13                                            TODD LERAS
                                              Assistant U.S. Attorney
14                                            Attorney for Plaintiff

15

16

17                                 ORDER

18     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

19 ordered that the April 12, 2013, status conference hearing be continued

20 to April 29, 2013, at 2:00 p.m.  Based on the representation of defense

21 counsel and good cause appearing there from, the Court hereby finds

22 that the failure to grant a continuance in this case would deny defense

23 counsel reasonable time necessary for effective preparation, taking

24 into account the exercise of due diligence.  The Court finds that the

25 ends of justice to be served by granting a continuance outweigh the

26 best interests of the public and the defendant in a speedy trial.  It

27 is ordered that time up to and including the April 29, 2013 status

28 conference shall be excluded from computation of time within which the

1   trial of this matter must be commenced under the Speedy Trial Act

2   pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,

3   to allow defense counsel reasonable time to prepare.

4   Dated: April 8, 2013.

5

6   EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28